# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

160775(101)(102)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOEL EUSEVIO DAVIS,
      Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160775
COA: 332081
Wayne CC: 15-005481-FH

By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on December 9, 2020, is accepted as timely filed. On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief to January 29, 2021, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



Clerk